## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mona Hussim Saleh aka Mona Rushdi<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-12516 PMM |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 and index same on the master mailing list.

                                            Respectfully submitted,

                                    /s/ Mark A. Cronin
                                    Mark Cronin
                                    31 Aug 2023, 16:34:31, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322

Document ID: 81d3edd0c25b2f56baaeeaacc53a3282ac848f38486a9d066a02746463425650