UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mona Hussim Saleh | Case # 23-12516 |
| Debtor | CHAPTER 13 |

## AMENDED MATRIX

PPL
827 Hausman Road
Allentown, PA 18104

Dated: September 6, 2023

*/s/ Mona Saleh*
Mona Hussim Saleh