### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Mona Saleh | |
| | CASE NO – 23-12516 |
| **Debtor** | |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Continue the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(c) and Fed. R. Bankr. P. 4001(a).

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE

**Date: September 12, 2023**