UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| MONA HUSSIM SALEH | : | |
| | : | BANKRUPTCY NO. 23-12516-PMM |
| Debtor | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY HOMEOWNER'S EMERGECNY | : | |
| MORTGAGE ASSISTANCE PROGRAM | : | RELATED TO DOCUMENT NO. 19 |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MONA HUSSIM SALEH | : | |
| AND SCOTT F. WATERMAN | : | |
| Respondents | : | |

## WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Chapter 13 Plan, heretofore filed on September 22, 2023 to Docket No. 19, in the above case.

PURCELL, KRUG & HALLER

By: /s/Katie M. Housman
    Katie M. Housman, Esquire
    1719 North Front Street
    Harrisburg, PA 17102-2392
Dated: January 23, 2024    (717)234-4178 ID # 331942
    Attorney for Pennsylvania Housing
    Finance Agency Homeowners'
    Emergency Assistance Program

**CERTIFICATE OF SERVICE**

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on January 23 2024, addressed as follows:

MONA HUSSIM SALEH
1635 E. GREENLEAF STREET
ALLENTOWN, PA 18109

U.S. Trustee
Via E-Mail: ECF/CM

Charles Laputka, Esquire
Via E-Mail: ECF/CM

Scott F. Waterman, Trustee
Via E-Mail: ECF/CM


/s/Katie M. Housman_____
Katie M. Housman


Dated: January 23, 2023