**Form 155** (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    ) <br>    Mona Hussim Saleh    ) <br>    aka Mona Rushdi    ) <br>     ) <br>    Debtor(s).    ) <br>     ) <br>     ) | Case No. 23–12516–pmm <br><br> Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 29, 2024                                              For The Court

                                                                                        Patricia M. Mayer <br>
                                                                                        Judge, United States Bankruptcy Court