United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mona Hussim Saleh  
    Debtor

Case No. 23-12516-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 29, 2024      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Mona Hussim Saleh, 1635 E. Greenleaf Street, Allentown, PA 18109-2313 |
| 14809277 | + | Parker McCay PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14821178 | + | Pennsylvania Housing Finance Agency/HEMAP, c/o KATIE HOUSMAN, Purcell, Krug, & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14812363 | + | The Bank of New York Mellon,fka The Bank of New Yo, c/o Mark Cronin, 701 Market Street-Suite 5000, Phila. PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14812505 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:48:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14809275 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 00:38:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14809276 | + | Email/Text: blegal@phfa.org | Mar 01 2024 00:38:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14809278 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 00:48:50 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14812787 | ^ | MEBN | Mar 01 2024 00:32:31 | PPL, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 14812789 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 00:48:53 | PRA, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502-4952 |
| 14820882 | + | Email/Text: blegal@phfa.org | Mar 01 2024 00:38:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14815606 | + | Email/Text: blegal@phfa.org | Mar 01 2024 00:38:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14819526 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809279 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 00:38:00 | Select Portfolio Servicing, 3815 S West Temple, Suite 2000, Salt Lake City, UT 84115 |
| 14827944 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 00:38:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 29, 2024 | Form ID: 155 | Total Noticed: 15

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Mona Hussim Saleh claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce bkgroup@kmllawgroup.com

KATIE HOUSMAN
on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com

MARK A. CRONIN
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Mona Hussim Saleh  aka Mona Rushdi  Debtor(s). | ) ) ) ) ) ) ) | Case No. 23−12516−pmm  Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 29, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court