| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12516-PMM**

| | |
|---|---|
| Mona Hussim Saleh | Petition Filed Date: 08/24/2023 |
| 1635 E. Greenleaf Street | 341 Hearing Date: 10/24/2023 |
| Allentown  PA   18109 | Confirmation Date: 02/29/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | $705.00 | | 10/18/2023 | $705.00 | | 11/14/2023 | $705.00 | |
| 12/14/2023 | $705.00 | | 01/16/2024 | $705.00 | | 02/14/2024 | $1,091.00 | |
| 03/14/2024 | $1,091.00 | | 04/12/2024 | $1,091.00 | | 05/13/2024 | $1,091.00 | |
| 06/12/2024 | $1,091.00 | | 07/12/2024 | $1,091.00 | | | | |

**Total Receipts for the Period: $10,071.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,162.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,038.00 | $2,038.00 | $0.00 |
| 1 | LVNV FUNDING LLC  »»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC  »»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHFA/HEMAP  »»  003 | Ongoing Mortgage | $16,891.33 | $2,455.38 | $14,435.95 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »»  004 | Unsecured Creditors | $260.00 | $0.00 | $260.00 |
| 5 | SELECT PORTFOLIO SERVICING INC  »»  005 | Mortgage Arrears | $38,245.92 | $5,559.47 | $32,686.45 |
| 6 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PPL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12516-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,162.00 | Current Monthly Payment: | $1,091.00 |
| Paid to Claims: | $10,052.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,109.15 | Total Plan Base: | $63,530.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.