| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12516-PMM**

Mona Hussim Saleh
1635 E. Greenleaf Street
Allentown  PA    18109

Petition Filed Date: 08/24/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 02/29/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $1,091.00 | | 09/12/2024 | $1,091.00 | | 10/15/2024 | $1,091.00 | |
| 11/13/2024 | $1,091.00 | | 12/12/2024 | $1,091.00 | | 01/13/2025 | $1,091.00 | |
| 02/12/2025 | $1,091.00 | | 03/12/2025 | $1,091.00 | | 04/14/2025 | $1,091.00 | |
| 05/12/2025 | $1,091.00 | | 06/12/2025 | $1,091.00 | | 07/14/2025 | $1,091.00 | |

**Total Receipts for the Period: $13,092.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,254.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,038.00 | $2,038.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHFA/HEMAP<br>»» 003 | Ongoing Mortgage | $16,891.33 | $6,160.34 | $10,730.99 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $260.00 | $0.00 | $260.00 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 005 | Mortgage Arrears | $38,245.92 | $13,948.27 | $24,297.65 |
| 6 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PPL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-12516-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,254.00 | Current Monthly Payment: | $1,091.00 |
| Paid to Claims: | $22,146.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,107.39 | Total Plan Base: | $63,530.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.